# ATTACHMENT 1

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Western_ DISTRICT OF _Wisconsin_

(Full name of plaintiff(s))

_Todd Allen Templeton_

vs

(Full name of defendant(s))

_Defendants are on page #8_

Case Number:

23-cv-863-wmc

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of _Pennsylvania_, and is located at
    (State)

_JSP Allenwood P.O. Box 3000 White Deer, PA 17887_
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant __Kalvin O. Barrett and Others Pg 6__
(Name)

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Dane County Sheriffs Dept/Jail 115 W. Doty ST Madison, WI 53703__ (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I was being detained by Dane County (ST. WISC) and the U.S. Marshals Service and was placed in the Public Safety and Dane Co. Jail buildings Segregations on or about 1-21-22 for disciplinary reasons. At which time I was denied a writing utensil, Medical approved shoes, Showers, Soap, Shampoo, law library, Toothbrush, Toothpaste, Comb, razor, personal & legal Mail, and recreation (1 hour out of cell). These Sanction

were imposed by Sgt. McNally & Sgt. White and were reviewed and found acceptable by Cpt. Porter, Lt. Splinter, Lt. Vandivier, Lt. Moore, Sgt. Voeck, Sgt. Shellenberger, Sgt. Ziesch, Classification Officials K. Kundert, T. During, M. Stoner and other employees.

Classification Off. M. Stoner at my disciplinary hearing found (wk. of 1/20/22) me guilty and my disposition was 10 days lockdown, but was locked down for roughly 75 day and endured the sanctions mentioned above.

I was also being deprived of sleep by being held in "Intake Segregation" at the P.S.B. I was roughly 7 feet from the Officers desk and could hear all conversations loud and clear. Plus all the screaming drunks, druggies and disorderly people being place in Seg. were constantly keeping me from sleep. (Apprx. 45 days plus).

Also the cell I was being held in had poor tablet signal reception and was hindered from using the law library, Phone Calls or E-Mails. Deputy Knetsch will vouch for this because she Typed My grievance on the "Tablet" and had the Same signal problems. I was also restricted from filing a grievance personally.

During this Segregation Confinment Deputy Schenck was ordered by his Superiors to write and falsify a disciplinary report to cover their abusive actions when Classifications off. K. Kundert and others punished me for their own personal Satisfaction. Deputy Schenck stated property to the bunk in his report when no damages were incurred. I believe this was conspired to Show reason for holding me in P.S.B. Seg. Cell #1 (No showers, Shoes, Soap, rec. Etc.). This report (disciplinary) was written 3 weeks (APPX) after the fact.

During this Seg. Confinment I was denied Showering or bathing for 18 days and another time 16 days. Sgt White will acknowledge this fact. I was also denied Soap to wash My hand after using the toilet and before and after meals, and this was also during Covid-19 Outbreaks in this Jail! I was also denied brushing my teeth with a tooth-

4

Cont. Statement of Claim

brush and toothpaste for Appx. 97 day, as well as shaving and Combing my hair.

I was unable to contact the Outside world for 45 days, roughly, not even the Courts, lawyers or family.

I was unable to have my family and friends Contact or appear in Court on my behalf for Sentencing. I was unable to write a speech expressing my remorse for my Crimes and to my Victims all because of these Sanctions by these defendants!

I Todd A. Templeton, affront, on this 26th day of November, 2023 do attest under Penalty of Perjury that the foregoing Statements are true to the best of my Knowledge.

*[signature]*

Todd Templeton
#06364-090

Federal Correctional Complex-
Allenwood USP
P.O. Box 3000
White Deer, PA. 17887

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
        OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

_I am suing the defendants in their Official and Individual Capacities for $250,000.00 each._

Attachment One (Complaint) – 6

E.   JURY DEMAND

☑   Jury Demand – I want a jury to hear my case
         OR

☐   Court Trial – I want a judge to hear my case

Dated this  20  day of  November  20 23 .

Respectfully Submitted,

_____
Signature of Plaintiff

 06364-090 
Plaintiff's Prisoner ID Number

USP Allenwood PO Box 3000
White Deer, PA 17887
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5 7

Defendants

| | | | |
|---|---|---|---|
| Dane County | Sheriff | Kalvin D. | Barrett |
| | Capt. | Kerry | Porter |
| | LT. | Chris | Moore |
| | LT. | Kelly | Splinter |
| | Lt | Gary | Vandivier |
| | Sgt | Mike | Conners |
| | Sgt | R J. | Lurquin |
| | Sgt | Kyle | McNally |
| | Sgt | Mary | Voeck |
| | Sgt | Mica | Weber |
| | Sgt | Jeremy | White |
| | Sgt | Mike | Ziesch |
| Class. spe., Hearing | Off. | Karianne | Kundert |
| " | " | Tina | During |
| " | " | Megan | Stoner |

Pg 8